ORIGINAL

FILED
U.S. DISTRICT COURT
2010 SEP 22 PM 3:22
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| STEFAN IONESCU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 309-089 |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed the above captioned case on November 2, 2009, in the Northern District of Georgia and requested permission to proceed *in forma pauperis* ("IFP"). (Doc. nos. 1, 2.) By order dated November 17, 2009, the Honorable Charles A. Pannell, Jr., United States District Judge, transferred the case to the Southern District of Georgia. (Doc. no. 3.) Plaintiff was then granted permission to proceed IFP (doc. no. 6), but that status was later revoked when Plaintiff submitted his Prison Trust Fund Account Statement demonstrating that he had sufficient funds to pay the $350.00 filing fee. (See doc. nos. 9, 11.)

Plaintiff subsequently paid the $350.00 filing fee, and because he is proceeding *pro se*, in a June 8, 2010 Order the Court provided Plaintiff with some basic instructions regarding the development and progression of his case. (Doc. no. 12.) In those instructions, the Court explained to Plaintiff how to properly serve both individual and corporate defendants as well as well agencies, corporations, officers or employees of the United States. (Id. at 2-3.) Importantly, Plaintiff was also informed that any Defendant not timely served

within 60 days from the date of that Order may be dismissed from this action. (Id. at 3.) Plaintiff was limited to 60 days because the normal 120 day period from the filing of the complaint in which to effect process had already passed. (Id. at 3 n.5)

On August 23, 2010, the Court issued an Order explaining that eleven defendants had been served and filed an answer. However, the Court directed Plaintiff to show cause why the remaining seven defendants should not be dismissed from this case because they had not been timely served.[1] (Doc. no. 14.) Plaintiff did not respond to the Court's August 23rd Order.

The time for effecting service has expired. As seven defendants remain unserved, the Court **REPORTS** and **RECOMMENDS** that these seven be **DISMISSED**, without prejudice, from the lawsuit. The case should then proceed accordingly against the remaining eleven defendants. Should the district court adopt this recommendation, the Clerk should then be directed to enter a scheduling notice at that time.

SO REPORTED and RECOMMENDED this 22nd day of September, 2010, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE

---

[1] Those defendants for whom no proof of service appears in the record are: United States of America, Federal Bureau of Prisons, Eric H. Holder, David W. Ogden, Thomas J. Perrelli, McRae Correctional Facility, and D. Scott Dodrill.

2