IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

2010 OCT 19 PM 2: 48

DUBLIN DIVISION

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| STEFAN IONESCU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 309-089 |
| | ) | |
| WALT WELLS, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants United States of America, Federal Bureau of Prisons, Eric H. Holder, David W. Ogden, Thomas J. Perrelli, McRae Correctional Facility, and D. Scott Dodrill are **DISMISSED** without prejudice from this case, and the **CLERK** shall enter a Scheduling Notice.

SO ORDERED this 19 day of October, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE