FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2011 JUL 22 P 1:36

CLERK BMcCarthy
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

STEFAN IONESCU,            )
                           )
        Plaintiff,         )
                           )
v.                         )   CV 309-089
                           )
WALT WELLS, Warden, et al.,)
                           )
        Defendants.        )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' first motion for summary judgment (doc. no. 21) and their "Supplemental Motion for Summary Judgment" (doc. no. 27) are **GRANTED**. An appropriate final judgment shall be **ENTERED** in favor of all Defendants, and this civil action shall be **CLOSED**.

SO ORDERED this 22 day of July, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE